ɔᴅɴ,ᴜɐ ᴜᴄ ᴜ/:ɪᴏa    advance                                              72235366             p.2

## SUBCONTRACTOR AGREEMENT

THIS SUBCONTRACTOR AGREEMENT ("Agreement") is made this 23rd day of March, 2005, by and between *International Ship Repair & Marine Services, Inc.* (the "Company") and *Advance Technology, Inc.;* a corporation whose employer identification number is _16-16-7/967_ the "Contractor").

### WITNESSETH

WHEREAS, the Company is engaged in the business of ship repair and marine services (the "Company's Line of Business"); and

WHEREAS, the Contractor is engaged in the business of supplying contract, skilled, trade labor.

WHEREAS, the Contractor's business has continuing obligations and liabilities and will succeed or fail based upon the relationship of its receipts and expenditures; and

WHEREAS, the Company wishes to retain the Contractor to provide certain business development services; and

WHEREAS, the Company and the Contractor desire to enter into this Agreement pursuant to which the Contractor will perform the "Work" for the "Fee" during the "Term" (as those terms are hereinafter defined).

NOW, THEREFORE, in consideration of the mutual promises contained herein and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the Company and Contractor agree as follows:

1. <u>Recitals</u>. The foregoing recitals are true and correct and are incorporated herein by this reference.

2. <u>The Work</u>. The Contractor will supply personnel for the Company upon request and on an as-needed, per project basis (the "Term").

The Contractor will, drawing upon its experience in performing similar work, determine the means of performing the Work and be responsible for completion thereof in a manner consistent with the standards for performing similar work in the trade/industry.

3. <u>The Fee</u>. On the date of this Agreement, as payment for the Work, the Company will pay the Contractor $26.00 or $27.50 per straight time hour worked and $31.00 or $32.00 per overtime hour worked (the "Fee"). The Contractor will submit time invoices on a weekly basis to The Company, with payment terms of net thirty (30) days.

4. <u>Expenses</u>. The Contractor will supply and incur all expenses relating to performance of the Work.

NACA 000091

5. <u>Labor</u>. The Contractor will supply, at its expense, all requested personnel necessary for performance of the Work. The Contractor will comply with applicable federal, state and local laws regarding such labor. Among other things, The Contractor will:

    a. hire persons legally authorized to work in the United States and complete Form I-9 for each individual;

    b. pay minimum wage and overtime compensation;

    c. withhold federal income tax, FICA, FUTA and other taxes from such compensation;

    d. procure workers' compensation insurance (consistent with and as more particularly described in Paragraph 6 below);

    e. ensure compliance with all safety regulations and provide oversight of its personnel and maintain safe working conditions free from recognizable hazards; and

    f. not discriminate against any worker based on race, color, religion, national origin, age, sex, marital status, disability, handicap, sexual orientation or any other legally protected characteristic.

6. <u>Insurance</u>. While performing the Work, the Contractor shall maintain the following insurance:

    a. <u>Workers' Compensation</u>. Workers' compensation insurance shall be maintained by the Contractor in accordance with Chapter 440 of the Florida Statutes. In the event the Contractor claims an exemption under this Chapter of the Florida Statutes, evidence of the Contractor's qualification for such exemption shall be furnished to the Company prior to performance of the Work. Workers' Compensation shall include state act and USL&H coverages, $1,000,000 Employer's Liability and Waiver of Subrogation and Alternate Employer Endorsement in favor or the Company.

    b. <u>Automobile Insurance</u>. To the extent the Contractor utilizes automobiles or other motor vehicles in the performance of the Work, the Contractor will procure and maintain automobile insurance as required by law. Such insurance shall name the Company as additional insured. All vehicles, whether owned or not owned by the Contractor, shall be covered. Liability coverage shall be in the amount of not less than $1,000,000 CSL.

    c. <u>Commercial General Liability Insurance</u>. Contractor shall procure and maintain Commercial General Liability insurance in the amount of $1,000,000/$2,000,000, naming the Company as additional insured.

    d. <u>Other Insurance</u>. Other insurance shall be maintained by the Contractor as required by law.

NACA 000092

e. <u>Form, Carrier and Certificates</u>. All insurance shall be maintained in the form and with a company satisfactory to the Company. Certificates of Insurance must be filed with the Company prior to commencement of the Work.

f. <u>Deductibles</u>. The Contractor shall be responsible for deductibles in connection with claims asserted under insurance coverages provided by the Contractor. Any such deductibles or other retentions shall be disclosed to the Company on the Certificate of Insurance.

g. <u>Cancellation</u>. No policy of insurance provided by The Contractor shall permit cancellation or substantive modification without first providing thirty (30) days prior written notice to The Company.

7. <u>Indemnification</u>. In consideration of the fees paid, $10 US Dollars and other good and valuable considerations, receipt and sufficiency of which are acknowledged by both parties, The Contractor agrees to indemnify, defend and save harmless The Company, its shareholders, representatives, directors, officers, agents, vessels, and employees, from and against all damage, loss or expense (including costs and attorneys' fees) caused by or in any manner connected with the Work and/or the Contractor's performance thereof.

8. <u>Termination</u>. This Agreement can terminate without notice.

9. <u>Miscellaneous Provisions</u>.

a. <u>Testing of Personnel</u>. All craftsmen provided by The Contractor must pass the appropriate skills test with a satisfactory result to be administered by The Company, and the $25 charge for each skills test will be borne by The Contractor. All craftsmen provided by The Contractor must pass a drug screening with a negative result to be administered by The Company, and the $20 charge for each drug test will be borne by The Contractor.

b. <u>Inspection of Books and Records</u>. The Contractor will permit the Company to review all books and records (including, but not limited to, Forms I-9) prepared or maintained by the Contractor in connection with performance of the Work.

c. <u>Licenses and Permits</u>. The Contractor shall obtain and maintain all licenses and permits required by law for performance of the Work.

d. <u>Third Party Beneficiaries</u>. Notwithstanding any provision of this Agreement to the contrary, no individual or entity not a party to this Agreement is intended as or shall be deemed a third party beneficiary of this Agreement or any of its terms.

e. <u>Entire Agreement</u>. Except as hereinafter provided, this Agreement sets forth all the promises, covenants, agreements, conditions and understandings between the parties.

f. <u>Successors and Assigns</u>. This Agreement shall be binding upon the parties hereto, their successors and assigns.

NACA 000093

g. <u>Counterparts</u>. This Agreement and any amendments hereto may be executed in one or more counterparts, each of which shall be deemed an original, but all of which together will constitute one and the same instrument.

h. <u>No Guarantee</u>. Nothing in this Agreement is intended to create a contract, or in any way guarantee any "Work." Nor does this Agreement guarantee any expectations of continued work.

i. <u>Headings</u>. The Paragraph and subparagraph headings contained in this Agreement are inserted for convenience only and shall not affect in any way the meaning or interpretation of the Agreement.

j. <u>Prompt and Timely Notice</u>. Contractor is required to give the Company prompt and timely notice of any claims for Bodily Injury or Property Damage or for Workers' Compensation benefits by any person or persons, including employees, in any way related to the subject matter of this Agreement.

k. <u>Governing Law & Venue</u>. This Agreement shall be construed in accordance with the laws of the State of Florida and any proceeding arising between the parties in any manner pertaining or related to this Agreement shall, to the extent permitted by law, be held in Hillsborough County, Florida.

IN WITNESS WHEREOF, the Company and the Contractor executed this Agreement on the date set forth above.

WITNESSES:

By: _Sherry Tymchuk_
Sherry Tymchuk, Human Resources Manager
International Ship Repair & Marine Services, Inc.

Date: 3-25-05

WITNESSES:

By: _Jerome Holloway_
Jerome Holloway, Marine Trades Coordinator
Advance Technology, Inc.
Date: 3-25-05

NACA 000094