From: 290134     Page: 3/18     Date: 5/21/2008 4 11 PM

From: MIDATLANTIC CONSULTING GROUP     7574225125     07/10/2008 16:08     #589 P.001/001

# ACORD. CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY)
07/10/2008

| PRODUCER | THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. |
|---|---|
| MID ATLANTIC CONSULTING, PLLC   757-422-0800 | |
| 318 LOUISA AVENUE | |
| VIRGINIA BEACH, VA 23454 | |
| MAGVAB@AOL.COM, VA 23454 | |

**INSURERS AFFORDING COVERAGE**     NAIC#

| INSURED | INSURER A: INTERNATIONAL MARINE |
|---|---|
| ADVANCE TECHNOLOGY, INC. | INSURER B: COMMERCE AND INDUSTRY (AIG)   A+ |
| 318 49TH ST | INSURER C: THE HARTFORD   A+ |
| NEWPORT NEWS, VA 23607 | INSURER D: INTERNATIONAL MARINE |
| | INSURER E: |

OK.re
1-25-07

## COVERAGES

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | ADDL INSRD | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|---|
| A | | **GENERAL LIABILITY** | 7321354 | 07/19/2006 | 07/19/2007 | EACH OCCURRENCE | $ 1,000,000 |
| | | X  COMMERCIAL GENERAL LIABILITY | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000 |
| | | ☐ CLAIMS MADE  X OCCUR | | | | MED EXP (Any one person) | $ 10,000 |
| | | X SHIP REPAIR LEGAL | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | | X POLICY ☐ PROJECT ☐ LOC | | | | | |
| C | | **AUTOMOBILE LIABILITY** | 14 UEB TA 0488 | 03/29/2006 | 03/29/2007 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | | X ANY AUTO | | | | | |
| | | ☐ ALL OWNED AUTOS | | | | BODILY INJURY (Per person) | $ |
| | | ☐ SCHEDULED AUTOS | | | | | |
| | | X HIRED AUTOS | | | | BODILY INJURY (Per accident) | $ |
| | | X NON-OWNED AUTOS | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | **GARAGE LIABILITY** | | | | AUTO ONLY - EA ACCIDENT | $ |
| | | ☐ ANY AUTO | | | | OTHER THAN  EA ACC | $ |
| | | | | | | AUTO ONLY:  AGG | $ |
| D | | **EXCESS/UMBRELLA LIABILITY** | TBD | 01/25/2006 | 01/25/2007 | EACH OCCURRENCE | $ 1,000,000 |
| | | X OCCUR  ☐ CLAIMS MADE | | | | AGGREGATE | $ |
| | | | | | | | $ |
| | | ☐ DEDUCTIBLE | | | | | $ |
| | | ☐ RETENTION $ | | | | | $ |
| B | | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** | WC-59409M | 07/19/2006 | 07/19/2007 | X WC STATU- ☐ OTH-TORY LIMITS  ER | |
| | | ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? | ENDORSED WITH USL&H | | | E.L. EACH ACCIDENT | $ 1,000,000 |
| | | If yes, describe under SPECIAL PROVISIONS below | | | | E.L. DISEASE - EA EMPLOYEE | $ 1,000,000 |
| | | | | | | E.L. DISEASE - POLICY LIMIT | $ 1,000,000 |
| | | **OTHER** | | | | | |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES / EXCLUSIONS ADDED BY ENDORSEMENT / SPECIAL PROVISIONS
Workers Compensation with waiver of subrogation and alternate employer endorsement in favor of ISR.
Florida state is included. ISR is named as additional insured on general liability.

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| INTERNATIONAL SHIP REPAIR AND MARINE SERVICE, INC | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL __30__ DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES. |
| ATTN: ROBERT WHITAKER- RISK MANAGER | AUTHORIZED REPRESENTATIVE |
| 1515 PENNY ST. | WB McCabe |
| TAMPA, FL 33605 | |
| FAX: 813-247-9553 | |

ACORD 25 (2001/08)     © ACORD CORPORATION 1988

RECEIVED
JUL 10 2006

NACA 000095