UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

INTERNATIONAL SHIP REPAIR & MARINE
SERVICES, INC.,

    Plaintiff,

v.                                                   CASE NO: 8:10-cv-2049-T-26AEP

NORTHERN ASSURANCE COMPANY OF
AMERICA,

    Defendant.
_____/

**O R D E R**

Upon due consideration of the parties' written submissions and oral arguments, and for the reasons stated on the record at the hearing held in this case this day, it is ordered and adjudged as follows:

1) Defendant's Motion to Stay Proceedings (Dkt. 37) is denied.

2) Defendant's Motion to Strike the Affidavit of James D. Braukman and to Preclude Use of Referenced Documents Which Have not Been Produced to Date, or in the Alternative, to Re-Open Discovery, Compel Documents not Produced and to Take the Deposition of James D. Braukman Prior to Trial (Dkt. 43) is granted in part and denied in part.

3) Defendant's Motion to Strike Disclosures in Plaintiff's Supplemental Rule 26 Disclosures, or Alternatively, to Re-Open Discovery and to Compel Production of

Documents and Information not Disclosed or Produced (Dkt. 44) is granted in part and denied in part.

4) Discovery is reopened to the limited extent that Defendant shall be allowed to take the deposition of James D. Braukman on or before December 2, 2011, but only with regard to the issue of Plaintiff's claimed damages.

5) Defendant shall serve a subpoena duces tecum on Plaintiff within the next five (5) days with regard to the documents it seeks to have produced at the deposition of Mr. Braukman with respect to Plaintiff's claimed damages. Plaintiff shall make these documents available to Defendant at least one day prior to the deposition of Mr. Braukman.

6) Counsel for the parties are directed to cooperate in scheduling the deposition of Mr. Braukman and in producing the documents prior to his deposition.

7) The parties shall file their joint pretrial statement no later than December 9, 2011.

**DONE AND ORDERED** at Tampa, Florida, on November 15, 2011.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

COPIES FURNISHED TO:
Counsel of Record