**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

INTERNATIONAL SHIP REPAIR & MARINE
SERVICES, INC.,

    Plaintiff,

v.                                               CASE NO: 8:10-cv-2049-T-26AEP

NORTHERN ASSURANCE COMPANY OF
AMERICA,

    Defendant.
_____/

## O R D E R

Upon due consideration, it is ordered and adjudged that Plaintiff's Motion to Determine Entitlement to Attorney's Fees and Costs Incurred Since March 28, 2012 (Dkt. 155) is denied without prejudice. This Court declines to assume jurisdiction over this case until the Eleventh Circuit issues its mandate. Plaintiff may refile this motion after the return of the mandate, assuming of course that the mandate favors Plaintiff.

**DONE AND ORDERED** at Tampa, Florida, on January 16, 2013.

                                      s/*Richard A. Lazzara*
                                      **RICHARD A. LAZZARA**
                                      **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record