# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

INTERNATIONAL SHIP REPAIR & SERVICES, INC.,

    Plaintiff,

v.                                        CASE NO: 8:10-cv-2049-T-26-AEP

NORTHERN ASSURANCE COMPANY OF AMERICA,

    Defendant.
_____/

## **O R D E R**

Upon due consideration of the procedural history of this case, it is ordered and adjudged that Defendant's Motion for Reconsideration of Order Denying Northern's Motion to Set Aside Judgment (Dkt. 157) is denied. This Court must, at this juncture of the proceedings, adhere to the Eleventh Circuit Court of Appeals' determination on direct appeal in this case that "[Plaintiff] is not bound by any judgment rendered in [the Virginia action]."[1] In the event Defendant prevails on its petition for rehearing before the Eleventh Circuit, it may renew its motion.

**DONE AND ORDERED** at Tampa, Florida, on February 1, 2013.

                                      s/*Richard A. Lazzara*
                                  **RICHARD A. LAZZARA**
                                  **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record

---

[1] See docket 153 (reported at 2013 WL 28380, at *1 (11th Cir. Jan. 3, 2013) (unpublished)).