UNITED STATES COURT OF APPEALS
For the Eleventh Circuit

_____

Nos. 12-11717 & 12-12136
_____

District Court Docket No.
8:10-cv-02049-RAL-AEP

INTERNATIONAL SHIP REPAIR & MARINE SERVICES, INC.,

      Plaintiff - Appellee,

versus

NORTHERN ASSURANCE COMPANY OF AMERICA,

      Defendant - Appellant.

_____

Appeals from the United States District Court for the
Middle District of Florida

_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

              Entered:   January 03, 2013
          For the Court:   John Ley, Clerk of Court
                  By:   Djuanna Clark

Issued as Mandate:
April 15, 2013

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

April 15, 2013

For rules and forms visit
www.ca11.uscourts.gov

Sheryl L. Loesch
U.S. District Court
801 N FLORIDA AVE
TAMPA, FL 33602-3849

Appeal Number: 12-11717-BB   ; 12-12136 -BB
Case Style: International Ship Repair & Ma v. Northern Assurance Company of
District Court Docket No: 8:10-cv-02049-RAL-AEP

The enclosed judgment is hereby issued as the mandate of this court.

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being mailed to counsel and pro se parties. A copy of the court's decision was previously mailed to counsel and pro se parties on the date it was issued.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Carol R. Lewis
Phone #: (404) 335-6179

Enclosure(s)

MDT-1 Letter Issuing Mandate