UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

INTERNATIONAL SHIP REPAIR & MARINE
SERVICES, INC.,

    Plaintiff,

vs.                                                                                              Case No.: 8:10-cv-2049-T-26AEP

THE NORTHERN ASSURANCE COMPANY
OF AMERICA,

    Defendant.
_____/

## SATISFACTION OF JUDGMENT

The plaintiff International Ship Repair & Marine Services, Inc., ("International Ship") announces that the following judgments entered in the instant case in favor of International Ship and against the defendant the Northern Assurance Company of America have been satisfied pursuant to an agreement between the parties.

1. March 23, 2012, Amended Judgment in the amount of $1,127,181.42 (Doc. 137).

2. March 28, 2012, Judgment in the amount of $300,566.50 (Doc. 142).

International Ship acknowledges full and complete satisfaction of the judgments delineated above.

Respectfully submitted,

/s Paul E. Parrish
Paul E. Parrish
Florida Bar No. 373117
paul.parrish@quarles.com
Kelli A. Edson
Florida Bar No. 0179078
kelli.edson@quarles.com
S. Douglas Knox
Florida Bar No. 849871

douglas.knox@quarles.com
QUARLES & BRADY LLP
101 East Kennedy Blvd., Ste. 3400
Tampa, FL  33602-5195
Phone: 813-387-0300
Fax: 813-387-1800
*Counsel for the plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 19, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

| | |
|---|---|
| Reginald M. Hayden, Jr., Esq. | Christopher R. Koehler, Esq. |
| Hayden, Milliken & Boeringer, P.A. | Hayden, Milliken & Boeringer, P.A. |
| 2121 Ponce De Leon Boulevard | 4923 S. West Shore Boulevard |
| Suite 730 | Tampa, FL 33611-3329 |
| Miami, FL 33134-5222 | |

s/ Paul E. Parrish
Attorney
